IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOOWAH BAND Of ) <br> CHEROKEE INDIANS IN OKLAHOMA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATE OF OKLAHOMA, ex rel. ) <br> RICHARD GRAY, District Attorney in and ) <br> for the 27th Prosecutorial District of ) <br> Oklahoma, and the UNITED STATES of ) <br> AMERICA, ex rel. GALE A. NORTON, ) <br> Secretary of the Interior, ) <br> ) <br> Defendants. ) | Case No. CIV-04-340-RAW |

## AGREED ORDER

Before the Court is the Joint Application of the Plaintiff and the Defendant State of Oklahoma to Lift Temporary Injunction and Obtain Other Relief [Dkt. 147]. Having reviewed the Joint Application, and for good cause shown, the Court finds that the Joint Application should be GRANTED.

IT IS THEREFORE ORDERED that, effective July 30, 2012, the State of Oklahoma and local law enforcement officials and officers are relieved of the Temporary Injunction prohibiting them from taking any action to enforce gaming law violations and prohibit the operation of Plaintiff's Tahlequah, Oklahoma Gaming Facility.

IT IS FURTHER ORDERED that, effective July 30, 2012, Plaintiff cease all gaming activities at the Tahlequah, Oklahoma Gaming Facility until such time, if ever, as a favorable land into trust decision is issued concerning Plaintiff's August 15, 2011 Amended Trust Application; provided that, if the decision to accept the Land into trust is later withdrawn, reversed on appeal, or if for any reason the Land is not actually held in trust by the United States one year after the

decision to accept the Land into trust was issued, the Keetoowah Cherokees shall cease gaming operations at the Gaming Facility until such time, if ever, that the Land is actually taken into trust by the United States, at which time the Keetoowah Cherokee may resume gaming operations at the Gaming Facility for as long as the Land actually remains in trust and the NIGC permits gaming on the Land.

      SO ORDERED this 10th day of July, 2012.


**Dated this 10th day of July, 2012.**


Ronald A. White
United States District Judge
Eastern District of Oklahoma